IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

BEAUFORT DIVISION

**USA**  Criminal No. 9:22-cr-00658-RMG

vs.

**Russel Lucius Laffitte**

## RECEIPT - EXHIBITS: GOVERNMENTS

I hereby acknowledge receipt of the following exhibits:

[List Attached] -ECF207

November 22, 2022
28

_____
Assistant US Attorney

## RECEIPT - EXHIBITS: DEFENDANT

I hereby acknowledge receipt of the following exhibits:

November 22, 2022
28

_____
Defendant's Attorney