1       the best interest of the bank at that point to do

2       that, to try to settle these, where we knew --

3       because I didn't -- we didn't think -- the bank

4       didn't think we had exposure in the Satterfield

5       case when it was proven by the attorneys -- I can't

6       remember the bank's attorney's name -- Trenholm

7       Walker said, you know, Hell, y'all have got

8       liability because you used the bank.

9           So I said, All right, we have got liability in

10       all of these.  Let's try to settle it.  Let's try

11       to make it right.  Do the right -- One, we want to

12       do the right thing by the clients.

13 Q   And was there another consideration too, like with

14       cost benefit, litigation in Hampton County turning

15       an adverse result that was greater than

16       $1.3 million?

17 A   You know, they didn't want to pay it.  When I took

18       it to the board, the board went absolutely

19       ballistic.  They wanted to claw it back.  And I --

20       part of the reason I got fired, I put my foot down,

21       I said, No.  I said, Three of the four members of

22       the executive committee discussed this in depth --

23       which was my sister, Gray Henderson, myself, and

24       Charlie Laffitte, who was also the board chairman.

25       We have the authority by our bylaws to settle any

1       lawsuits whatever or potential.  We thought it was

2       in the best interest.  So we did it.  And they

3       wanted us to claw it back.  And I told them,

4       Absolutely not.  I gave them my word we were paying

5       it.  And by God, we were paying it.

6   Q   Did you say, like for the authority to settle on an

7       amount that large, would you -- could you do it

8       yourself, or did you need that particular support?

9   A   I don't think I needed to go, but I was going to.

10      I mean, we are a family.

11  Q   Sure.

12  A   We would discuss it.  I never tried to hide it,

13      wouldn't try to hide it.  Never tried to say it was

14      anybody's fault but my own.

15  Q   Okay.

16      ████████████████    █████████████████

17      ██████████████████████████████████

18      ███████████████████████████████████████

19      ███████████████████████████████████████████

20      ████████████████████    ███████████████

21      █████████████████████

22          THE WITNESS:  We did the research, and when

23      I -- I -- we, the bank, me, myself, Nancy Drawdy,

24      different people, when we did the research of John

25      Peters and we saw these checks, we were like, Oh,