# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 9:22-cr-00658-RMG |
| v. | |
| RUSSELL LUCIUS LAFFITTE, | **NOTICE OF APPEARANCE** |
| Defendant. | |

Please take notice, that the undersigned attorney, Cheryl D. Shoun of Maynard Nexsen PC, enters this Notice of Appearance as counsel to represent the Defendant, Russell Lucius Laffitte, in the above-captioned matter. The undersigned requests that all pleadings, notices and other papers be served upon the undersigned at the physical address and/or the e-mail address indicated below.

        s/Cheryl D. Shoun
        Cheryl D. Shoun, Esq. (Fed ID No. 4761)
        MAYNARD NEXSEN PC
        205 King Street, Suite 400
        Charleston, SC  29401
        PHONE:  843.577.9440
        FACSIMILE:  843.720.1777
        E-mail:  cshoun@maynardnexsen.com

        ATTORNEY FOR DEFENDANT

July 26, 2023
Charleston, South Carolina