# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| v. | ) | Criminal No. 9:22-658-RMG |
| | ) | |
| Russell Lucius Laffitte, | ) | |
| | ) | |
| Defendant. | ) | **ORDER** |
| | ) | |
| | ) | |

The Court hereby sets the following pretrial schedule in this matter:

1. Submissions of all motions in limine: April 18, 2025 at noon;

2. Responses to motions in limine: April 25, 2025 at noon;

3. Submission of pretrial briefs, to include all requests for voir dire and jury instructions, witness list, exhibit list, and certification that the parties have met, marked and exchanged exhibits: April 25, 2025 at noon;

4. Submission of requested jury strikes for cause utilizing the Joint Strike for Cause form: May 1, 2025 at 8:00 a.m.;

5. Pretrial conference: May 2, 2025 at 10:00 a.m.

6. Jury selection, to be followed by the trial: May 5, 2025 at 9:00 a.m.

**AND IT IS SO ORDERED**.

s/ Richard Mark Gergel<br>Richard Mark Gergel<br>United States District Judge

April 1, 2025
Charleston, South Carolina